■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH JORGE, JR., Appellant. — Judgment of the Supreme Court, Queens County (Balbach, J.), rendered July 10, 1980, affirmed (see *People v Frederick,* 45 NY2d 520). Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. MILES, Appellant. — Appeal by defendant from a judgment of the County Court, Dutchess County (Aldrich, J.), rendered June 22, 1978, convicting him of burglary in the third degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The issue of failure to charge that certain witnesses were accomplices as a matter of law was not preserved for review in view of defendant's failure to request such a charge or to except to the court's failure to so charge. (See *People v Lipton,* 54 NY2d 340, 351.) Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH O'NEAL, Appellant. — Appeal by defendant from an order of the Supreme Court, Suffolk County (Jaspan, J.), dated November 28, 1979, which denied his application to be resentenced pursuant to section 60.09 of the Penal Law. Appeal dismissed. No appeal lies from an order denying a motion for resentence pursuant to section 60.09 of the Penal Law (see *People v De Jesus,* 55 NY2d 828; *People v Stephens,* 55 NY2d 778). Gulotta, J. P., Thompson, Brown and Niehoff, JJ., concur

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNELL ABRAMS, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County (Cerrato, J.), entered May 29, 1981, which dismissed the petition. The appeal brings up for review so much of an order of the same court, entered July 23, 1981, as, upon reargument, adhered to the original determination. Appeal from the judgment dismissed, without costs or disbursements. The judgment was superseded by the order granting reargument. Order affirmed insofar as reviewed, without costs or disbursements (cf. *People v Manino,* 81 AD2d 896). Weinstein, J. P., O'Connor, Bracken and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. CONNIE JOHNSON, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, et al., Respondents. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County (Dachenhausen, J.), entered September 5, 1980, which denied the petition and dismissed the writ. Judgment affirmed, without costs or disbursments (see *People v Fridell,* 81 AD2d 869). In addition, we note that the petitioner waived the issue of the lawfulness of the search by failing to raise it during the revocation hearing process. Weinstein, J. P., O'Connor, Bracken and Rubin, JJ., concur.